EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes Section

WES REBER PORTER         #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 8 2005

at 12 o'clock and 20 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00402 DAE |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | [18 U.S.C. §§ 1029(a)(2), 1029(b)(1), 1344, 1349 & 1708] |
| KEONI REDIROS, ) | |
| Defendant. ) | |

**I N D I C T M E N T**

SEALED
BY ORDER OF THE COURT

## COUNT 1
(unauthorized access device)

The Grand Jury charges that:

From a date unknown but after December 13, 2003 and continuing thereafter until on or about December 13, 2004, in the District of Hawaii, the defendant KEONI REDIROS, did knowingly, willfully and unlawfully use, and attempted to use, four (4) "unauthorized access devices," as that term is defined in 18 U.S.C. § 1029(e)(3), that is, the following unlawfully obtained credit cards:

| CREDIT CARD | UNAUTHORIZED ACCOUNT NUMBER | LAWFUL CARDHOLDER | CHARGE AMOUNT |
|---|---|---|---|
| MasterCard | 5415 2812 3029 9947 | K.T. Burch-Mulholland | $ 197.19 |
| MasterCard | 5415 2812 3030 0273 | K.T. Burch-Mulholland | $ 913.22 |
| Old Navy | 6018 5960 4538 7945 | Margie Teruya | $1,082.80 |
| AT&T Universal Mastercard | 5491 1303 3714 0495 | Scott Washburn | Attempted Authorization |
| | | TOTAL | $ 2,193.21 |

with intent to defraud and by such conduct obtained things of value aggregating more than One Thousand Dollars ($1,000.00), to wit: $ 2,193.21, during the above charged period of time in and affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1).

## COUNT 2
(theft of mail)

The Grand Jury further charges that:

On or about December 13, 2004, in the District of Hawaii, the defendant KEONI REDIROS, did steal and take, from a residential mail box located at 1336 A Mokulua Drive, Kailua, Hawaii, mail addressed to Katherine Mulholland at that same address.

All in violation of Title 18, United States Code, Section 1708.

## COUNTS 3-12
(bank fraud)

The Grand Jury further charges that:

At all times material to Counts 3-12:

1. First Hawaiian Bank was a financial institution as defined in Section 20(6), Title 18, United States Code, with deposits insured by the Federal Deposit Insurance Corporation ("FDIC")

2. From a date unknown and continuing thereafter until on or about ~~December 13, 2004~~ *Feb 3, 2005*, in the District of Hawaii, the defendant KEONI REDIROS unlawfully and knowingly executed and attempted to execute a scheme and artifice to defraud First Hawaiian Bank ("FHB"), and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of FHB by means of material false and

3

fraudulent pretenses, representations, and promises, as set forth below.

### SCHEME AND ARTIFICE TO DEFRAUD

3. The defendant unlawfully possessed a check book belonging to Kimberly and Mark P. Robinson, joint owners of a checking account at FHB bearing account number 69-290620.

4. The defendant, through others known and unknown to the grand jury, had access to a bank account belonging to Melveen Paio, an actual person.

5. As part of the scheme and artifice to defraud FHB defendant would issue checks forging the signature of the lawful owners. The defendant then forged the intended payee to a person of his choosing, including cash, friends and relatives, or accounts which he unlawfully had access. Specifically, the defendant signed ten (10) checks purporting to be either Kimberly or Mark P. Robinson, the lawful owners of the account, and then filled out the amount and payee for the check.

6. It was part of the scheme or artifice to defraud and obtain, or attempt to obtain, money by means of false and fraudulent pretenses, representations, and promises that the defendant, or others acting at his direction, cashed checks which he knew would not be honored by him because they were stolen and forged.

## CHECKS CASHED, OR ATTEMPTED TO CASH - FHB

7.  From a date unknown and continuing thereafter until on or about February 3, 2005, in the District of Hawaii, the defendant KEONI REDIROS unlawfully and knowingly executed, and attempted to execute, a scheme and artifice to defraud First Hawaiian Bank, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of the First Hawaiian Bank by means of material false and fraudulent pretenses, representations, and promises, as set forth in paragraphs 1-6 of this Indictment, by presenting for cashing the following checks after forging the payor and filling in the payee and amount on a personal check:

| COUNT | DATE | CHECK # | AMOUNT | PAYEE |
|---|---|---|---|---|
| Checks drawn from FHB Account # 69-290620: | | | | |
| 3 | 1/29/05 | 655 | $1,500.00 | Radford Rediros |
| 4 | 1/31/05 | 658 | $750.00 | Melvin K. Paio |
| 5 | 1/31/05 | 659 | $700.00 | Melvin K. Paio |
| 6 | 2/1/05 | 660 | $875.00 | Jeffery Rees |
| 7 | 1/31/05 | 661 | $500.00 | Jessica Alesna |
| 8 | 2/1/05 | 663 | $800.00 | Jessica Alesna |
| 9 | 2/3/05 | 668 | $790.00 | cash |
| 10 | 2/3/05 | 669 | $200.00 | cash |

//

//

| 11 | 2/3/05 | 671 | $ 875.00 | cash (attempt) |
| 12 | 2/3/05 | 672 | $ 975.00 | cash |

All in violation of Title 18, United States Code, Section 1344 and 1349.

DATED: September 27, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes Section

_____
WES REBER PORTER
Assistant U.S. Attorney