# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR NO. 05-00402DAE

CASE NAME:      USA vs. KEONI REDEIROS

ATTYS FOR PLA:  Wes Reber Porter

ATTYS FOR DEFT: Loretta A. Faymonville

INTERPRETER:

JUDGE:   Leslie E. Kobayashi       REPORTER:   FTR-Courtroom 7

DATE:    1/6/2006                  TIME:       10:25-10:30

COURT ACTION:  EP: Further Bail Hearing - Defendant present, not in custody.

Defendant's conditions of release are amended as follows:

ADD:

(7j)    Maintain residence with/at: a residence approved by Pretrial Services.

Other Conditions:   Participate in outpatient substance abuse treatment as directed by Pretrial Services to the extent possible during the course of your trial

Defendant referred to Pretrial Services for processing.

Submitted by: Warren N. Nakamura, Courtroom Manager