EDWARD H. KUBO, JR.       #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes Section

WES REBER PORTER         #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00402 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF NON- |
| | ) | OBJECTION; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| KEONI REDIROS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S NOTICE OF NON-OBJECTION**

        The UNITED STATES has no objections or other additions

to the Proposed Presentence Report in the above-captioned matter.

        DATED:  June 15, 2006, at Honolulu, Hawaii.

                         EDWARD H. KUBO, JR.
                         United States Attorney
                         District of Hawaii


                         By   /s/ Wes Reber Porter
                           WES REBER PORTER
                           Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

LORETTA A. FAYMONVILLE          lorretta_faymonville@fd.org
Assistant Federal Public Defender

Attorney for Defendant
KEONI REDIROS

Served by Hand-Delivery:

**U.S. PROBATION OFFICE**
Attn: Malia Eversole
300 Ala Moana Boulevard, Room C-110
Honolulu, Hawaii 96850

DATED:  June 15, 2006, at Honolulu, Hawaii.

/s/ Cheri Abing

2