PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE  #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545

Attorney for Defendant
KEONI REDIROS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00402 DAE |
| ) | |
| Plaintiff, ) | RESPONSE TO DRAFT |
| ) | PRESENTENCE REPORT; |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| KEONI REDIROS, ) | DATE:       08/28/06 |
| ) | TIME:        1:30 p.m. |
| Defendant. ) | |
| ) | |

N:\LORI\CLIENTS\Rediros_Keoni\No_Objec_PSI.wpd

### RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, KEONI REDIROS, by and through counsel, LORETTA A. FAYMONVILLE, Assistant Federal Public Defender, states that he has no objections to the proposed advisory guidelines or modifications to the Draft

Presentence Report.  Defendant reserves the right to reply to any proposed amendments, modifications, or additional information offered by the Government.

DATED:   Honolulu, Hawaii, June 30, 2006.

    /s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
KEONI REDIROS

In the United States District Court, for the District
of Hawaii, <u>United States v. Rediros</u>, Cr. No. 05-00402 DAE
Response to Draft Presentence Report

## CERTIFICATE OF SERVICE

LORETTA A. FAYMONVILLE, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on June 30, 2006:

>WES REBER PORTER   (Served Electronically through CM/ECF)
>Assistant United States Attorney
>Attorney for Plaintiff
>UNITED STATES OF AMERICA
>
>MALIA EVERSOLE              (via facsimile)
>U. S. Probation Office
>PJKK Federal Building
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, June 30, 2006.

>/s/ Loretta A. Faymonville
>LORETTA A. FAYMONVILLE
>Attorney for Defendant
>KEONI REDIROS