# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/03/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 05-00402DAE

CASE NAME:    USA v. Keoni Rediros

ATTYS FOR PLA:    Bill Shipley

ATTYS FOR DEFT:    Lori Faymonville

USPO:    Malia Eversole

---

JUDGE:    David Alan Ezra    REPORTER:    Cynthia Fazio

DATE:    11/03/2006    TIME:    9:00am-9:50am

---

COURT ACTION: EP: Sentencing to Counts 1, 2 and 3 of the Indictment as to Defendant Keoni Rediros.

Defendant Keoni Rediros present, not in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Keoni Rediros.

SENTENCE:

Imprisonment:  TIME SERVED

Supervised Release:  5 YEARS, as to Count 3 of the Indictment, 3 YEARS, as to Counts 1 and 2 of the Indictment, will all such terms to run concurrently

CONDITIONS:

1.    Defendant shall abide by the standard conditions of supervision.

2.    Defendant shall not commit any federal, state, or local crimes (mandatory condition).

3.      Defendant shall not possess illegal controlled substances (mandatory condition).

4.      Defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

5.      Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised supervision.

6.      Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.      Defendant shall participate in and comply with substance  abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.      The restitution of $9,090.96 is due immediately to First Hawaiian Bank, and $1,082.80 is due immediately to GE Money Bank, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of this monthly gross income.  Interest is waived.

9.      Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10.     Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11.     Defendant shall maintain a single checking account in his name, and shall deposit into this account all income, and make use of this account for payment of personal expenses. This account, and all other bank accounts, must be disclosed to the Probation Office.

12.     That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office.  During this time, the

defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement.  If defendant abides by all conditions of home detention for the first 3 months of home detention, he shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

13.  That the defendant perform 500 hours of community service, 100 hours each year of supervised release, as directed by the Probation Office.

Special Assessment:  $300.00.  No fine.

Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss All Remaining Counts as to this Defendant Only - GRANTED.

Submitted by:  Theresa Lam, Courtroom Manager